R. Joseph Trojan  CA Bar No. 137,067
Trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:   310-777-8348

Attorney for Plaintiffs,
TOKAI CORP., SCRIPTO-TOKAI CORP.
and CALICO BRANDS, INC.

O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| TOKAI CORP., a Japanese corporation, SCRIPTO-TOKAI CORP., a Delaware corporation, and CALICO BRANDS, INC. a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BEACON POWER, INC., a California corporation,<br><br>Defendant. | CASE NO. EDCV 07-00566 SGL (OPx)<br><br>**ORDER OF DISMISSAL**<br><br><br>Hon. Stephen G. Larson |

//

//

//

//

**[Proposed] Order of Dismissal**            -1-

The Court, having considered the Joint Stipulation of Dismissal filed by Plaintiffs, Tokai Corporation, Scripto-Tokai Corporation, and Calico Brands, Inc., and Defendant, Beacon Power, Inc., and for good cause appearing,

ORDERS that all claims and counterclaims are hereby DISMISSED WITH PREJUDICE and that each party bears its own costs and attorney's fees incurred in this case.

**IT IS SO ORDERED.**

Dated:  October 24, 2008

Hon. Stephen G. Larson
United States District Judge